**No. 10-11103. Joseph Lynn Thornburgh, Petitioner v. United States.**

565 U.S. 867, 132 S. Ct. 214, 181 L. Ed. 2d 116, 2011 U.S. LEXIS 6594.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 645 F.3d 1197.